UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ISMAEL RECINOS ACOSTA, | CASE NO. 2:26-cv-01287-JHC |
| Petitioner, | MINUTE ORDER |
| v. | |
| WARDEN NORTHWEST DETENTION CENTER, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Per Petitioner's request, Dkt. # 4, the Court DIRECTS the Clerk to designate the below person as a contact to receive all case-related communication related to Petitioner's pending Petition. The designated contact is:

Mabel Guillen Acosta
6629 2nd, Ave.
Los Angeles, CA 90043
Phone: 323-633-1581
Email: mabelguillen59@gmail.com

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

MINUTE ORDER - 1

Dated this 15th day of April 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2