UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ISMAEL RECINOS ACOSTA, | CASE NO. 2:26-cv-01287-JHC |
| Petitioner, | ORDER |
| v. | |
| WARDEN NORTHWEST DETENTION CENTER, | |
| Respondent. | |

Before the Court is Plaintiff's Emergency Motion for Extension of Time to File Traverse based on his current status as a detained, pro se petitioner who relies entirely on institutional mail systems for receiving court filings and preparing responses. Dkt. # 14. The Court has in the past sua sponte extended traverse reply deadlines for similarly situated petitioners by 14-days, and it will do so here as well. *See, e.g.*, *Caballero v. Bondi et al.*, No. 2:26-cv-990-JHC, ECF No. 10 (W.D. Wash Apr. 14, 2026) (granting the same). The Court thus sets May 18, 2026, as the deadline for Petitioner's optional traverse.

The Court DIRECTS the Clerk to re-note this Petition for May 18, 2026.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

//

ORDER - 1

Dated this 30th day of April, 2026.

John H. Chun
United States District Judge

ORDER - 2