UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ISMAEL RECINOS ACOSTA, | CASE NO. 2:26-cv-01287-JHC |
| Petitioner, | MINUTE ORDER |
| v. | |
| WARDEN NORTHWEST DETENTION CENTER, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The Government shall file on or before May 21, 2026, at 12:00 PM Pacific Daylight Time, (1) the complete set of exhibits provided to the Tacoma Immigration Court referenced during Petitioner's January 27, 2026 hearing; and (2) any recording or transcript that evidences the Immigration Judge's findings at the January 27, 2026 hearing.  *See* Dkt. # 12 at 3; *see also* Dkt. # 16 at 30.  Petitioner has already produced exhibits supporting his showing before the Immigration Judge, *see* Dkt. # 2, and he need not re-submit them to this Court.

(2)  DIRECTS the Clerk to re-note this matter for May 21, 2026.

(3)  The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 18th day of May 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2